UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA WILDLIFE FEDERATION,
et al.,

    Plaintiffs,

v.                                                CASE NO. 8:14-cv-3204-T-23EAJ

GINA MCCARTHY, et al.,

    Defendants.
_____/

## **ORDER**

No later than **JULY 3, 2015**, the plaintiffs must file a new case management report.

ORDERED in Tampa, Florida, on June 4, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE